# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| TIMOFEY KOROTKIKH, | ) |
| Plaintiff, | ) ) |
| | ) Civil No. 5:22-cv-059 |
| v. | ) ) |
| GHEORGHE CEBOTARI, et al., | ) By: Michael F. Urbanski |
| | ) Chief United States District Judge |
| Defendants. | ) |

## ORDER OF DISMISSAL

The parties to this case have filed a joint stipulation of dismissal. ECF No. 7. Accordingly, this case is hereby **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court, with each party to bear its own costs and attorney's fees.

It is so **ORDERED**.

Entered: 10/26/2022

Digitally signed by Michael F. Urbanski   Chief U.S. District Judge
Date: 2022.10.26 10:57:16 -04'00'

Michael F. Urbanski
Chief United States District Judge